**Abatement Order filed October 30, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00171-CV
_____

### ANDY & ANNA NGUYEN & CIRCLE VENTURES, Appellants

### V.

### DORIS BARAHONA, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-26656**

## ABATEMENT ORDER

After a non-jury trial, appellant brings this appeal from a judgment signed February 13, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. The trial court did not file the requested findings and conclusions. On October 20, 2014, appellant filed an unopposed motion to abate this appeal for entry of findings of fact and conclusions of law. The motion is granted.

Accordingly, we order the trial court to file findings of fact and conclusions of law on or before within thirty days of the date of this order. Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court within sixty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.